SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 5634
ZACHARY BERKOFF-CANE, WSBN 47988
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: [410-966-1542]
Facsimile: [415-744-0134]
E-Mail: zachary.berkoff@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH DIANNE BRAGG-HAMILTON,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,[1]<br><br>Defendant. | Civil No. 3:25-cv-00381-CSD<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(G) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF |

   IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further

---

[1] Frank Bisignano became the Commissioner of Social Security on May 6, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

DATED December 18, 2025.

Respectfully submitted,

/s/ Kevin Kerr
KEVIN KERR
(*as authorized via email on December 22, 2025)
Attorney for Plaintiff

SIGAL CHATTAH
First Assistant United States Attorney

/s/ Zachary Berkoff-Cane
ZACHARY BERKOFF-CANE
Special Assistant United States Attorney

Attorneys for Defendant

IT IS SO ORDERED:

HON. CRAIG S. DENNEY
UNITED STATES MAGISTRATE JUDGE

DATED: December 30, 2025